EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2019 TSPR 25 |
| Juan E. Medina Torres | 201 DPR ____ |

Número del Caso:  TS-5,853

Fecha: 7 de febrero de 2019

Abogado del Peticionario:

    Por derecho propio

Materia:  Reinstalación al ejercicio de la abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:


Juan E. Medina Torres

                          TS-5853










                         RESOLUCIÓN

En San Juan, Puerto Rico, a 7 de febrero de 2019.

     Examinada la "Moción incluyendo certificación" que presentó el Sr. Juan E. Medina Torres, se le reinstala al ejercicio de la abogacía.

     Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.




                    José Ignacio Campos Pérez
                  Secretario del Tribunal Supremo